Name: Ronald S. Draper
Address: 5780 Dichondra Place
Newark, CA 94560
Phone Number: 510-795-7524
E-mail Address: rsdraper@gmail.com
Pro Se

RECEIVED
JUN 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald S. Draper<br><br>Plaintiff,<br><br>vs.<br><br>KCG, Coleman, Gillmore, Hostetler, Wedbush, E. Wedbush, ION, Pignataro, Sylverne, QST, Sturm, Benz, Flynn, Mst<br><br>Defendant. | Case Number: 4:18-cv-02524-HSG<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 6/26/2018

Haywood S. Gilliam, Jr.
United States District/Magistrate Judge