1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

3  RONALD S. DRAPER                      )  Case No: 18-CV-02524
4                                         )
                 Plaintiff(s),            )  APPLICATION FOR
5       v.                                )  ADMISSION OF ATTORNEY
                                          )  PRO HAC VICE
6  KCG AMERICAS LLC, et al.               )  (CIVIL LOCAL RULE 11-3)
                                          )
7                Defendant(s).            )

8

9  I, Edward A. Corcoran, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Computer Voice Systems, I in the above-entitled action. My local co-counsel in this case is Sophia S. Lau, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 401 Charmany Drive, Suite 310<br>Madison, WI 53719 | 6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048 |
| MY TELEPHONE # OF RECORD:<br>(608) 661-4500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(323) 301-4660 |
| MY EMAIL ADDRESS OF RECORD:<br>ecorcoran@neiderboucher.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>slau@earlysullivan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1009017.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/20/18

Edward A. Corcoran
APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Edward A. Corcoran is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/10/2018

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE