Edward A. Corcoran (WI SBN 1009017)
(*Pro Hac Vice*)
    ecorcoran@neiderboucher.com
NEIDER & BOUCHER, S.C.
401 Charmany Drive, Suite 310
P.O. Box 5510
Madison, Wisconsin 53719
Telephone: (608) 661-4500
Facsimile: (608) 661-4510

Peter D. Scott, State Bar Number 247786
    pscott@earlysullivan.com
EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendants
COMPUTER VOICE SYSTEMS, INC., PAUL A. STURM,
and SCOTT W. BENZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. DRAPER<br><br>Plaintiff,<br><br>vs.<br><br>KCG AMERICAS LLC, et. al.,<br><br>Defendants. | Case Number: 4:18-cv-02524-HSG<br><br>**DEFENDANTS, COMPUTER VOICE SYSTEMS, INC.'S, PAUL A. STURM'S AND SCOTT W. BENZ'S, NOTICE OF MOTION AND MOTION TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTIONS TO DISMISS COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br><br>DATE:     August 23, 2018<br>Time:      2:00 p.m.<br>Location: Oakland Federal Court<br>                Courtroom 2, 4th Floor<br>Hon. Haywood S. Gilliam, Jr. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Computer Voice Systems, Inc., Paul A. Sturm and Scott W. Benz ("CVS"), by their attorneys Edward A. Corcoran and Peter D. Scott, move the Court for an Order allowing the telephonic appearance of Attorney Edward A. Corcoran at the hearing on August 23, 2018 at 2:00 p.m. regarding:

    1. Defendant CVS's Motion to Dismiss Complaint;

    2. Defendant ION Trading's Motion to Dismiss Complaint;

    3. Defendants Wedbush/KCG Americas' Motion to Dismiss Complaint; and

    4. Case Management Conference.

Per the Court's Standing Order, Attorney Edward A. Corcoran has the full authority to make decisions about any issue that may come up during the conference.

DATED: August 15, 2018.

                      By:   /s/*Edward A. Corcoran*
                            Edward S. Corcoran
                            Attorneys for Computer Voice Systems, Inc., Paul A. Sturm and Scott W. Benz

DATED: 8/16/2018



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Haywood S. Gilliam Jr.